A CERTIFIED TRUE COPY
ATTEST

By Denise Morgan-Stone on Oct 07, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 09 2008

**U.S. DISTRICT COURT
DISTRICT OF R.I.**

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Sep 19, 2008**

FILED
CLERK'S OFFICE

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION**

MDL No. 1842

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-31)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 723 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Oct 07, 2008**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Attest to
True Copy

DAVID A. DiMARZIO

By _____

Deputy Clerk

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION**

MDL No. 1842

### SCHEDULE CTO-31 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|-------|------|--------|--------------|--------------------------|
| **CALIFORNIA EASTERN** | | | | |
| CAE | 2 | 08-1840 | Shirley Collins, etc. v. C.R. Bard, Inc., et al. | CA 08-2599 |
| **ILLINOIS NORTHERN** | | | | |
| ILN | 3 | 08-50191 | Cindy Williams v. Davol, Inc., et al. | CA 08-2600 |
| **ILLINOIS SOUTHERN** | | | | |
| ILS | 3 | 08-594 | Tony Housden, et al. v. Davol, Inc., et al. | CA 08-2601 |
| **MINNESOTA** | | | | |
| MN | 0 | 08-5025 | Sharon Greub v. Davol, Inc., et al. | CA 08-2602 |
| MN | 0 | 08-5039 | Gerry Spear v. Davol, Inc., et al. | CA 08-2603 |
| MN | 0 | 08-5040 | Gary Brogdon v. Davol, Inc., et al. | CA 08-2604 |
| MN | 0 | 08-5041 | Mary Lou Steffen v. Davol, Inc., et al. | CA 08-2605 |
| MN | 0 | 08-5066 | Javier Fernandez v. Davol, Inc., et al. | CA 08-2606 |
| MN | 0 | 08-5112 | Elvera Martens v. Davol, Inc., et al. | CA 08-2607 |
| MN | 0 | 08-5113 | Tina Longo v. Davol, Inc., et al. | CA 08-2608 |
| MN | 0 | 08-5114 | Sandra Denning v. Davol, Inc., et al. | CA 08-2609 |
| MN | 0 | 08-5130 | Josephine LaRock v. Davol, Inc., et al. | CA 08-2610 |
| MN | 0 | 08-5131 | Troylene Felts v. Davol, Inc., et al. | CA 08-2611 |
| **NEW JERSEY** | | | | |
| NJ | 2 | 08-4309 | Joseph Farnsworth v. Davol, Inc., et al. | CA 08-2612 |
| NJ | 2 | 08-4421 | Mary Clarno v. Davol, Inc., et al. | CA 08-2613 |
| **NEW YORK EASTERN** | | | | |
| NYE | 1 | 08-3496 | Jeanne Browning v. Davol, Inc., et al. | CA 08-2614 |
| NYE | 1 | 08-3621 | Nellie B. Andrade v. Davol, Inc., et al. | CA 08-2615 |

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

## INVOLVED COUNSEL LIST (CTO-31)

Scott A. George
SEEGER WEISS LLP
550 Broad Street
Suite 920
Newark, NJ 07102

Stephanie Hatzakos
MILBERG LLP
One Pennsylvania Plaza
49th Floor
New York, NY 10119-0165

James S. Haupt
LAW OFFICE OF JAMES S HAUPT
1108 Olive Street
St. Louis, MO 63101

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Charles H Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Michael A. London
DOUGLAS & LONDON PC
111 John Street
8th Floor
New York, NY 10038

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, 2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Joyce O'Neill-Austin
SHRIVER O'NEILL & THOMPSON
515 North Court Street
Rockford, IL 61103

Jonathan Shub
SEEGER WEISS LLP
1515 Market Street
Suite 1380
Philadelphia, PA 19102

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS**
**LIABILITY LITIGATION**

MDL No. 1842

## INVOLVED JUDGES LIST (CTO-31)

Hon. Dennis M. Cavanaugh
U.S. District Judge
United States District Court
451 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102-3513

Hon. Michael James Davis
Chief Judge, U.S. District Court
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Building
316 N. Robert Street
St. Paul, MN 55101

Hon. William J. Martini
U.S. District Judge
4069 Martin Luther King, Jr. Federal Building &
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Hon. Kiyo Matsumoto
U.S. District Judge
United States District Court
1227 South Emanuel Celler Federal Building
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. John A. Mendez
U.S. District Judge
United States District Court
14-220 Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814-7300

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Federal Building & U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Phillip G. Reinhard
Senior U.S. District Judge
202 Federal Building
211 South Court Street
Rockford, IL 61101

Hon. James M. Rosenbaum
U.S. District Judge
15E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**MDL No. 1842 - Involved Judges List (CTO-31) (Continued)**

Hon. Patrick J. Schiltz
U.S. District Judge
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Sandra L. Townes
U.S. District Judge
905 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11202-1818

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS
LIABILITY LITIGATION

MDL No. 1842

### INVOLVED CLERKS LIST (CTO-31)

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Michael W. Dobbins, Clerk
211 South Court Street
Federal Building, Room 252
Rockford, IL 61101

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818